UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TEDKIEYA MCFADDEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 22-30062-KAR |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| CONNIE BURKE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

ROBERTSON, U.S.M.J.

By Order dated October 14, 2022, the Court ordered Plaintiff Tedkieya McFadden to file a written report by the close of business on November 4, 2022. (Dkt. No.14). At that time, the Clerk sent a copy of the Order to Plaintiff at the address on the docket (the Women's Correctional Center in Chicopee, Massachusetts). On October 26, 2022, the envelope with the Court's Order was returned to the Court as undeliverable. (Dkt. No. 16).

It appears McFadden is no longer at the Women's Correctional Center and is now at FCI Aliceville, Alabama. On September 8, 2022, the government filed an amended certificate of service stating that an envelope with pleadings was returned as undeliverable. (Dkt. No. 13). The Court searched the Bureau of Prison's online inmate locator and confirmed that McFadden is now in custody at FCI Aliceville. *See* https://www.bop.gov/mobile/find_inmate/byname.jsp#inmate_results (last visited Oct. 31, 2022).

McFadden is advised that parties to litigation have a duty "to keep the court informed of their current address and contact information." *Dresser v. Norms*, No. 18-cv-00426-DBH, 2019 WL 77134,

at *2 (D. Me. Jan. 2, 2019), *report and recommendation adopted*, No. 18-cv-426-DBH, 2019 WL 302485 (D. Me. Jan. 23, 2019) (citing *Am. Arbitration Ass'n, Inc. v. Defonseca*, No. 93-cv-02424, 1997 WL 102495, at *2 (S.D.N.Y. Mar. 6, 1997) ("[A] litigant's obligation to promptly inform the Court and the opposing party of an address change is a matter of common sense, not legal sophistication.")); *see* Local Rule 83.5.5 ("Every party appearing pro se shall inform the clerk and all parties in writing of any change of name, address, telephone number, or e-mail address within 14 days of the change. It is the responsibility of the pro se party to notify the clerk and the parties of any change.").

Here, McFadden failed to inform the Court of her new address and perhaps McFadden no longer wishes to pursue this matter.  In the event she wishes to pursue this matter, the Court will grant McFadden additional time to file a written report addressing the status of the case.

For the reasons set forth above,  it is hereby

ORDERED, McFadden shall file a written report with the Clerk's Office, by the close of business on **November 21, 2022**, addressing the status of the case.  Failure to comply with this order shall result in the dismissal of this action for want of prosecution; and it is further

ORDERED, the Clerk is directed to update McFadden's address on the docket and send a copy of this Oder to McFadden at "Inmate No. 54388-066, FCI Aliceville, Federal Correctional Institution, P.O. Box 4000, Aliceville, AL 35442."

/s/ Katherine A. Robertson
KATHERINE A. ROBERTSON
United States Magistrate Judge

DATED: October 31, 2022